UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

FRAGRANCENET.COM, INC.

V.

FRAGRANCEX.COM, INC.
----------------------------------------------------------------X

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

CV 06-2225(JFB)(AKT)

TO: Catherine M. Clayton, Esq.
Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.
One Pennsylvania Plaza
37th Floor
New York, NY 10119-3701
catherineclayton@hotmail.com

Robert Sherman, Esq.
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 E. 55th Street
First Floor
New York, NY 10022
robertsherman@paulhastings.com

Rebecca Kelder Myers, Esq.
Paul, Hastings, Janofsky, Walker
75 East 55th Street
New York, NY 10022
rebeccamyers@paulhastings.com

Sara Jessica Crisafulli, Esq.
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022
saracrisafulli@paulhastings.com

David M. Rabinowitz
Moses & Singer
405 Lexington Avenue
New York, NY 10174
drabinowitz@mosessinger.com

Cameron Gilbert
Dozier Internet Law, P.C.
11520 Nuckols Rd
Suite 101
Glen Allen, VA 23059
cameron@cybertriallawyer.com

Donald E. Morris
Dozier Internet Law P.C.
11520 Nuckols Rd.
Suite 101
Glen Allen, VA 23059
don@cybertriallawyer.com

Evan Scott Weintraub
Watchel & Masyr, LLP
110 East 59th Street
New York, NY 10022
weintraub@wmllp.com

Jeffrey T. Strauss
Wachtel & Masyr, LLP
110 East 59th Street
New York, NY 10022
strauss@wmllp.com

Jennifer Danielle Rolnick
Wachtel & Masyr, LLP
110 East 59th Street
New York, NY 10022
jrolnick@wmllp.com

Noah Shube
434 Broadway
Sixth Floor
New York, NY 10013
nshube@nsfirm.com

PLEASE TAKE NOTICE that upon the annexed Affidavit of Christopher J. Wesser, Esq. in Support of this Motion and the Certificate of Good Standing annexed thereto, the undersigned member of the bar of the Eastern District of New York will move this Court before the Honorable Joseph F. Bianco at the United States Courthouse for the Eastern District of New York, pursuant to Rule 1.3 (c) of the Local Rules of the United States

District Courts for the Southern and Eastern Districts of New York, for an Order allowing the admission of Christopher J. Wesser, Esq., an attorney with the firm Dozier Internet Law, P.C. and a member in good standing of the Supreme Court of Virginia, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for defendant FragranceX.com, Inc. There are no pending disciplinary proceedings against me in any State or Federal court.

Respectfully submitted,

/s/ Donald E. Morris

Donald E. Morris, Esq. (DM-9138)
Email: don@cybertriallawyer.com
DOZIER INTERNET LAW, P.C.
11520 Nuckols Road, Suite 101
Glen Allen, Virginia 23059
Telephone: (804) 346-9770
Facsimile: (804) 346-0800

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FRAGRANCENET.COM, INC.

V.

FRAGRANCEX.COM, INC.

AFFIDAVIT OF
CHRISTOPHER J. WESSER, ESQ.
IN SUPPORT OF
MOTION TO ADMIT COUNSEL
PRO HAC VICE

CV 06-2225(JFB)(AKT)

------------------------------------------------------------X

Commonwealth of Virginia    )
County of Henrico           )

Christopher J. Wesser, Esq., being duly sworn, hereby deposes and says as follows:

1. I am an attorney with the law firm of Dozier Internet Law, P.C., located in Glen Allen, Virginia.
2. I submit this Affidavit in support of my Motion for Admission to Practice *Pro Hac Vice* in the above captioned matter.
3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Supreme Court of Virginia.
4. There are no pending disciplinary proceedings against me in any State or or Federal court.

5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case.

Dated: 4/21/09

Christopher J. Wesser, Esq.
Email: chris@cybertriallawyer.com
DOZIER INTERNET LAW, P.C.
11520 Nuckols Road, Suite 101
Glen Allen, Virginia 23059
Telephone: (804) 346-9770
Facsimile: (804) 346-0800

Subscribed and sworn to before the undersigned, a Notary Public in and for the jurisdiction aforesaid.

My Commission Expires: 10/31/09

Lisa Casey, No. 222302
Notary Public

# Supreme Court of Virginia

## AT RICHMOND

## Certificate

I, Patricia L. Harrington, Clerk of the Supreme Court of Virginia, do hereby certify that

CHRISTOPHER JAMES WESSER

was admitted to practice as an attorney and counsellor at the bar of this Court on November 1, 1999.

I further certify that so far as the records of this office are concerned, CHRISTOPHER JAMES WESSER is a member of the bar of this Court in good standing.

**Witness** my hand and seal of said Court

This 17th day of April A.D. 2009

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

FRAGRANCENET.COM, INC.                    ADMISSION TO PRACTICE
                                                                      PRO HAC VICE

V.                                                            CV 06-2225(JFB)(AKT)

FRAGRANCEX.COM, INC.

------------------------------------------------------------X

The Motion for Admission to Practice *Pro Hac Vice* in the above captioned matter is granted. The admitted attorney Christopher J. Wesser, Esq. is permitted to argue or try this particular case in whole or in part as counsel or advocate for defendant FragranceX.com, Inc.

An attorney admitted to practice *pro hac vice* is required to pay a $25.00 attorney admission fee and present this Order to the intake deputy clerk in the Clerk's Office. When paying by mail, return a copy of this Order to the Clerk's Office with the required fee.

This Order confirms your appearance as counsel in this case, and it will be entered on the Court's docket. A notation of your admission *pro hac vice* for the above listed case will be made on the roll of attorneys.

The attorney admitted *pro hac vice* must serve a copy of this Order on all other counsel in this case.

Dated:

                                                                        _____
                                                                        United States District Judge

cc: Christopher J. Wesser, Esq.
    Court File

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Catherine M. Clayton, Esq.
Gibbons, Del Deo, Dolan, Griffinger & Vecchione, P.C.
One Pennsylvania Plaza
37th Floor
New York, NY 10119-3701
catherineclayton@hotmail.com

Robert Sherman, Esq.
Paul, Hastings, Janofsky & Walker LLP
Park Avenue Tower
75 E. 55th Street
First Floor
New York, NY 10022
robertsherman@paulhastings.com

Rebecca Kelder Myers, Esq.
Paul, Hastings, Janofsky, Walker
75 East 55th Street
New York, NY 10022
rebeccamyers@paulhastings.com

Sara Jessica Crisafulli, Esq.
Paul, Hastings, Janofsky & Walker LLP
75 East 55th Street
New York, NY 10022
saracrisafulli@paulhastings.com

*Counsel for Plaintiff*

David M. Rabinowitz
Moses & Singer
405 Lexington Avenue
New York, NY 10174
drabinowitz@mosessinger.com

Cameron Gilbert
Dozier Internet Law, P.C.
11520 Nuckols Rd
Suite 101
Glen Allen, VA 23059
cameron@cybertriallawyer.com

Donald E. Morris
Dozier Internet Law P.C.
11520 Nuckols Rd.
Suite 101

Glen Allen, VA 23059
don@cybertriallawyer.com

Evan Scott Weintraub
Watchel & Masyr, LLP
110 East 59th Street
New York, NY 10022
weintraub@wmllp.com

Jeffrey T. Strauss
Wachtel & Masyr, LLP
110 East 59th Street
New York, NY 10022
strauss@wmllp.com

Jennifer Danielle Rolnick
Wachtel & Masyr, LLP
110 East 59th Street
New York, NY 10022
jrolnick@wmllp.com

Noah Shube
434 Broadway
Sixth Floor
New York, NY 10013
nshube@nsfirm.com

*Counsel for Defendant*

/s/Donald E. Morris
Donald E. Morris, Esq.
DOZIER INTERNET LAW, P.C.
11520 Nuckols Road, Suite 101
Glen Allen, Virginia 23059
Telephone: (804) 346-9770
Facsimile: (804) 346-0800
don@cybertriallawyer.com

*Counsel for Defendant
FragranceX.com, Inc.*