**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FRAGRANCENET.COM, INC.,

                    Plaintiffs,

      - against -

FRAGRANCEX.COM, INC.,

                    Defendants.
-----------------------------------------------------------X

**ORDER**

CV 06-2225 (JFB) (AKT)

**A. KATHLEEN TOMLINSON, Magistrate Judge:**

      Attorney Christopher J. Wesser is permitted to argue or try this case in whole or in part as counsel or advocate.  By May 7, 2009, Mr. Wesser shall register for ECF.  Registration is available online at the EDNY's homepage.  Once registered, Mr. Wesser shall file a notice of appearance and ensure that he receives electronic notification of activity in this case.  Mr. Wesser shall also ensure that the $25 admission fee be submitted to the Clerk's Office.

                                                            **SO ORDERED.**

Dated:  Central Islip, New York
         April 23, 2009

                                               /s/ A. Kathleen Tomlinson
                                               A. KATHLEEN TOMLINSON
                                               U.S. Magistrate Judge