Paul*Hastings*

**Paul, Hastings, Janofsky & Walker LLP**
Park Avenue Tower
75 East 55th Street
First Floor
New York, NY 10022
telephone 212-318-6000 • facsimile 212-319-4090 • www.paulhastings.com

Atlanta
Beijing
Brussels
Chicago
Frankfurt
Hong Kong
London
Los Angeles
Milan
New York
Orange County
Palo Alto
Paris
San Diego
San Francisco
Shanghai
Tokyo
Washington, DC

(212) 318-6549
bradfordyoung@paulhastings.com

June 7, 2010                                                                 70008.00002

**VIA ECF**

Hon. Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY  11722

Re:   *FragranceNet.com, Inc. et al. v. FragranceX.com, Inc.*, 06-CV-2225 (JFB) (AKT)

Dear Judge Bianco:

In reviewing the materials filed with the Court on Friday, June 4, 2010, it has come to our attention that three of the exhibits to the declaration of Dennis M. Apfel should have been filed under seal.  Specifically, Exhibits A-C (Docket Entry Nos. 168-1, 168-2 and 168-3) are documents that were produced by a non-party in a state court litigation under the agreement that, if used in a different litigation, they would be treated as confidential. Accordingly, plaintiffs FragranceNet.com, Inc. and Telescents, Inc. hereby respectfully move the Court for an order directing the Clerk of the Court to remove the above documents from the public docket and to file them under seal.  Plaintiffs note that the public or sealed status of the exhibits to the Apfel declaration will not affect the Court's determination of whether or not to dismiss defendant's abuse of process counterclaim under Rule 12 or to grant summary judgment thereon under Rule 56.

Respectfully submitted,

Bradford E. Young
for PAUL, HASTINGS, JANOFSKY & WALKER LLP

cc:   John W. Dozier, Jr., Esq. (via ECF and E-Mail)
      Robert L. Sherman, Esq.

LEGAL_US_E # 88415194.1