Dozier Internet Law, P.C.
11520 Nuckols Road
Suite 101
Glen Allen, VA 23059
Phone: (804) 346-9770
Fax: (804) 346-0800
www.cybertriallawyer.com

# Dozier Internet Law, P.C.

(804) 346-9770
jwd@cybertriallawyer.com

July 21, 2010

**VIA ECF**

Honorable Joseph F. Bianco
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Re:     FragranceNet.com Inc. and Telescents, Inc. v. FragranceX.com, Inc. – CV-06-2225

Dear Judge Bianco:

Please accept this letter as a request by Defendant FrangranceX.com, with the consent of the Plaintiffs, to extend the date for filing a Response to Plaintiffs' motions until August 6, 2010. The Plaintiffs' Reply Brief would be due four weeks after Defendant's Opposition Brief is filed. Since all briefs would not be filed by September 1, the parties request a new hearing date. Plaintiffs request that the week of September 27 through October 1, 2010 be avoided.

The proposed schedule is by consent of all parties and the delay relates to a medical issue with Defendant's counsel.

Sincerely,

/s/ John W. Dozier, Jr., Esq.

JWDjr/lwc