COWAN, LIEBOWITZ & LATMAN, P.C.
Ronald W. Meister (rwm@cll.com)
1133 Avenue of the Americas
New York, New York 10036
Tel: (212) 790-9200
Fax: (212) 575-0671

CENTRE LAW GROUP, LLC
Eric S. Crusius (ecrusius@centrelawgroup.com)
1953 Gallows Road, Suite 650
Vienna, Virginia 22182
Tel: (703) 288-2800
Fax: (703) 288-4868
*Attorneys for Defendant FragranceX.com, Inc.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------- x

| | |
|---|---|
| FRAGRANCENET.COM, INC. and TELESCENTS, INC., <br><br> Plaintiffs, <br><br> -against- <br><br> FRAGRANCEX.COM INC., <br><br> Defendant. | 06-CV-2225 (JFB) (AKT) <br><br> **NOTICE OF CHANGE OF ADDRESS/FIRM/EMAIL** |

----------------------------------------------------------------- x

Please be advised that Robert William Clarida, counsel for Defendant/Counterclaimant, FragranceX.com, Inc., is now practicing with the law firm of REITLER KAILAS & ROSENBLATT LLC, and requests that copies of all pleadings, orders and other matters filed in this action be sent to him at the address and/or email set forth below:

**Robert William Clarida**
**Reitler Kailas & Rosenblatt LLC**
**885 Third Avenue**
**20th Floor**
**New York, New York  10022**

        **Phone:  212-209-3044**
        **Fax:  212-371-5500**
      **Email:  rclarida@reitlerlaw.com**


  Co-counsel for Defendant/Counterclaimant FragranceX.com, Inc. remain as counsel in this matter at their current address.

  Respectfully submitted this 1st day of February, 2012


      By: /s/ Robert William Clarida
        Robert William Clarida
        Reitler Kailas & Rosenblatt LLC
        885 Third Avenue
        20th Floor
        New York, N.Y.  10022
        Tel.:  (212) 209-3044
        Fax:  (212) 371-5500
        E-mail:  rclarida@reitlerlaw.com

        ***Attorney for Defendant FragranceX.com, Inc.***

29529/000/1290450.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 1st day of February 2012, a true and correct copy of this NOTICE OF CHANGE OF ADDRESS/FIRM/EMAIL was filed and served via the CM/ECF system to all counsel of record:

/s/ **Robert William Clarida**
**Robert William Clarida**

29529/000/1290450.1